Exhibit A to the Complaint

**Location:** Washington, DC  
**Total Works Infringed:** 24  
**IP Address:** 66.44.113.18  
**ISP:** RCN

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A9DA038F460002F40B01C495B560A0947F2D691C | Vixen | 01/17/2018 03:35:12 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 2 | 02D94013AD98E77BDC52941E32F261BF7C32A6A9 | Vixen | 05/11/2017 02:19:32 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 3 | 1702BF88C607938862AD5AD08D3799C7A76C4EC1 | Vixen | 11/05/2017 23:14:39 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 4 | 209712038E6EA91F4D20F2633AE0880CD6C6970A | Vixen | 10/03/2017 02:35:48 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 5 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 07/22/2017 22:00:11 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 6 | 230CAD0925ECCA9175FBB1450E92B9CCAD2CCD55 | Vixen | 05/25/2017 01:57:19 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 7 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/17/2018 03:43:51 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 8 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 06/02/2017 02:21:25 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 9 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/25/2017 23:50:27 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 10 | 42D986CD70A88571BE1AB408302058F29AD7D049 | Vixen | 12/01/2017 02:39:02 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 11 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/18/2017 21:33:32 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 12 | 644731DC92ECFA9015B5769E71032329E184FB2A | Vixen | 06/19/2017 00:04:27 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 13 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 12/31/2017 01:57:22 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 14 | 8EEA5D31BEDB37E02BE9DD6735219D9616BDAF95 | Vixen | 10/28/2017 00:23:15 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 15 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 12/12/2017 03:57:26 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 16 | AB6BEF24AE35CBB86C4CD4A8C4C825351A4F4BB6 | Vixen | 01/31/2018 02:00:40 | 01/29/2018 | 02/07/2018 | 16335134850 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/09/2017 02:15:29 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 18 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/10/2017 01:18:13 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 19 | C10F1DD79696BB0C387AA22E4F36C8E105F77445 | Vixen | 09/24/2017 17:35:44 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 20 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/10/2017 06:58:58 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 21 | D75C4212C94EACD789D6AA48F9EDD3AEE3170037 | Vixen | 10/23/2017 03:59:14 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 22 | E6B69D8BD2357CED77EA3A2ADD13CAF33C065314 | Vixen | 10/08/2017 02:07:45 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 23 | F9007BDB1432744206E0B50B8EDB45D91F06EA40 | Vixen | 08/02/2017 23:49:45 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 24 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 23:29:23 | 01/04/2018 | 01/18/2018 | PA0002070947 |